## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**DANIEL C. WELSH,**

      **Plaintiff,**

**v.**                                           **Case No: 5:13-cv-124-Oc-PRL**

**COMMISSIONER OF SOCIAL**
**SECURITY**

      **Defendant.**

_____

### ORDER

This matter is before the Court upon periodic review.  Plaintiff, who is proceeding *pro se*, filed his Complaint on March 5, 2013. (Doc. 1).  On May 11, 2013, the Court granted Plaintiff's motion to proceed in formal pauperis (Doc. 8), and, on June 3, 2013, the Commissioner filed an answer to the Complaint.  (Doc. 13).  Pursuant to the Court's Scheduling Order (Doc. 15), Plaintiff's memorandum in support of his position was due by August 2, 2013.  Upon a review of the docket, it appears that Plaintiff's memorandum has not been filed.

Accordingly, Plaintiff shall have until **December 16, 2013** to file his memorandum in support of his position, failing which this case may be dismissed without further notice for failure to prosecute pursuant to Local Rule 3.10(a).  If Plaintiff files his memorandum, the Commissioner is directed to file his memorandum in response within sixty (60) days.

**DONE** and **ORDERED** in Ocala, Florida on December 2, 2013.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties