UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

DANIEL C. WELSH,

    Plaintiff,

v.                                              Case No: 5:13-cv-124-Oc-PRL

COMMISSIONER OF SOCIAL
SECURITY

    Defendant.
_____

## ORDER

This case comes before the Court on periodic review. On December 3, 2013, having noted that the *pro se* Plaintiff had filed to file his memorandum of law in support of his position, the Court ordered that Plaintiff would have until December 16, 2013 within which to file his memorandum in support of his position, failing which this case may be dismissed without further notice for failure to prosecute. (Doc. 20).

Plaintiff has not filed his memorandum, and the time for doing so has long since passed. Accordingly, upon due consideration, this case is **DISMISSED WITHOUT PREJUDICE** pursuant to Local Rule 3.10(a). The Clerk is directed to enter judgment accordingly, and to close the file.

**DONE** and **ORDERED** in Ocala, Florida on January 6, 2014.

PHILIP R. LAMMENS
United States Magistrate Judge

- 2 -

Copies furnished to:

Counsel of Record
Unrepresented Parties